O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS ANTONIO RIVERA,<br><br>               Petitioner,<br><br>   vs.<br><br>KEN CLARK, WARDEN,<br><br>               Respondent. | CASE NO. ED CV 08-01194 JVS (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of LOUIS ANTONIO RIVERA, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: December 11, 2008

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE